UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CASE NO.: 07-12856-BKC-PGH
PROCEEDING UNDER CHAPTER 13

MARSHALL ROBERT FELTER
XXX-XX-1769

DEBTOR                           /

**PAID**
135409

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $654.86 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 1st day of July, 2011.

/s/ Weiner
_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST



U.S. BANKRUPTCY COURT
SO DISTRICT OF FLORIDA-WPB
JUL 05 2011
FILED        RECEIVED

## SERVICE LIST

<u>DEBTOR</u>
MARSHALL ROBERT FELTER
3520 S OCEAN BLVD
L206
PALM BEACH, FL 33480

<u>ATTORNEY FOR DEBTOR</u>
CHARLES F. KLINE, ESQUIRE
6801 LAKE WORTH ROAD
SUITE 201
LAKE WORTH, FL 33467

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

<u>Attachment - Listing of Claimant</u>

Case Number:     07-12856-BKC-PGH

Creditor No.:    496265

Claimant:        RANDI GLICK BOVEN & KAREN DEAN
                 1313 S MILITARY TRAIL
                 SUITE 158
                 DEERFIELD BEACH, FL 33442